**T. JAMES FISHER**
**LAWYER**
1721 Court Street
Post Office Box 990460
Redding, CA  96099-0460
(530)244-0909
State Bar No. 064079

Attorney for Plaintiff,
KATHERINE A. TORRES

EASTERN DISTRICT OF CALIFORNIA, UNITED STATES DISTRICT COURT

| | |
|---|---|
| KATHERINE A. TORRES,<br><br>             Plaintiff,<br><br>vs.<br><br>ACCOR LODGING, LLC,<br><br>DBA MOTEL 6,<br><br>G6 HOSPITALITY, LLC<br><br>AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>             Defendants. | Case No.: 2:14-cv-00817-JAM-CMK<br><br>**JOINT NOTICE OF DISMISSAL** |

   Plaintiff, KATHERINE A. TORRES and Defendant, ACCOR LODGING, LLC, dba MOTEL 6, G6 HOSPITALITY, LLC (hereinafter the Parties) by and through their counsel of record, hereby request that the Court dismiss the above-entitled matter, with prejudice.

   Respectfully submitted,

///

DATED: July 8, 2014

                              /s/ T. JAMES FISHER
                              T. JAMES FISHER
                              Attorney for Plaintiff
                              KATHERINE TORRES

JOINT NOTICE OF DISMISSAL - 1

DATED: July 8, 2014

          /s/ Pritee K. Thakarsey
MICHAEL BURNS
PRITEE K. THAKARSEY
Attorneys for Defendant
**G6 HOSPITALITY**

## **ORDER**

Pursuant to the foregoing this Court dismisses the entire case with prejudice.

IT IS SO ORDERED

Dated:  July 15, 2014

          /s/ JOHN A. MENDEZ_____
          JUDGE UNITED STATES DISTRICT COURT

JOINT NOTICE OF DISMISSAL - 2